# KREINDLER & KREINDLER LLP

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

jkreindler@kreindler.com
212-973-3449

July 2, 2012

**VIA ECF**

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
Untied States Courthouse
225 Cadman Plaza East
Room 4A South
Brooklyn, NY 11201-1818

      *Re:*    *Rosenberg et al. v. Lashkar-e-Taiba et al., 1-10-cv-05381*
                *Scherr v. Lashkar-e-Taiba, 1:10-cv-05382*
                *Chroman v. Lashkar-e-Taiba, 1:10-cv-05448*
                *Ragsdale v. Lashka-e-Taiba, CV-11-3893 15763*

Dear Judge Irizarry:

      Plaintiffs also have no objection to the extension requested by the United States.

                      Respectfully submitted,

                      KREINDLER & KREINDLER LLP

                      By:    James P. Kreindler

JPK/gm
cc:    Kevin Walsh

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120