UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHIMON ROSENBERG, individually, as Legal Guardian of M.T.H. and as Personal Representative of the ESTATES OF RIVKA HOLTZBERG AND GAVRIEL NOACH HOLTZBERG, NACHMAN HOLTZBERG, individually and on behalf of other family members, as Surviving Father of GAVRIEL NOACH HOLTZBERG, MOSES SHVARZBLAT, individually and as Personal Representative of the ESTATE OF NORMA SHVARZBLAT-RABINOVICH, MARIBETH JESWANI, individually and as Personal Representative of the ESTATE OF SANDEEP JESWANI, ANDREINA VARAGONA, KIA SCHERR, Individually and as Personal Representative of the ESTATES OF N.S. AND ALAN SCHERR, EMUNAH CHROMAN, Individually and as Personal Representative of the Estate of Ben Zion Chroman, LINDA RAGSDALE, AUTUMN R. GILLES

            Plaintiffs,

v.

LASHKAR-E-TAIBA (also known as Idara Khidmat-e-Khalq, Jamat ud Dawa, Markaz ud Dawa and Tehrik-e-Tahaffuz-e-Qibla Awal); MOHAMAED HAFIZ SAYEED; ZAKI ur REHMAN LAKHVI; SAJID MAJID (also known as Sajid Mir); AZAM CHEEMA; INTER-SERVICES INTELLIGENCE of the ISLAMIC REPUBLIC OF PAKISTAN; AHMED SHUJA PASHA, NADEEM TAJ, MAJOR IQBAL and MAJOR SAMIR ALI,

            Defendants.

---

10-cv-5381 (DLI) (CLP)
10-cv-5382 (DLI) (CLP)
10-cv-5448 (DLI) (CLP)
11-cv-3893 (DLI) (CLP)
12-cv-5816 (DLI) (CLP)

**AFFIDAVIT OF SERVICE**

---

ANDREW J. MALONEY, being duly sworn, deposes and says:

1. I am a member of Kreindler & Kreindler LLP. I am fully familiar with the history

and facts underlying this litigation.

2. On October 30, 2014 Plaintiffs filed an Amended Complaint.

3. The Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Hague Convention) was created to facilitate timely international service of judicial and extrajudicial documents. *See* Exhibit 1.

4. With respect to service on individuals, Article 10 of the Hague Convention authorizes service by "postal channels, directly to persons abroad[.]" *See id.*

5. At the time it ratified the Hague Convention, Pakistan declared that it had "no objection to such service [of judicial documents on persons residing in Pakistan] by postal channels directly to the persons concerned[.]" *See* Exhibit 2.

6. The United States Postal Service offers an international mailing service called Global Express Guaranteed ("GXG"). *See* Exhibit 3.

7. On November 18, 2014 my office delivered 7 GXG packages to the office of the Clerk of the Court for the Eastern District of New York. The 7 packages contained a copy of the Amended Complaint and Summons. On the same day the Clerk of the Court docketed a Certificate of Foreign Service for each defendant. The GXG packages mailed by the Clerk of the Court were addressed as follows:

**Azam Cheema**
4 Lake Road
Chauburji
Lahore
Pakistan

**Mohamed Hafiz Saeed**
4 Lake Road
Chauburji
Lahore
Pakistan

**Jamaat-ud-Dawa**
4 Lake Road
Chauburji
Lahore
Pakistan

**Sajid Majid**
4 Lake Road
Chauburji
Lahore
Pakistan

**Zaki Ur Rehman Lakhvi**
4 Lake Road
Chauburji
Lahore
Pakistan

**Major Iqbal**
I.S.I.D.  Inter Services Intelligence
Khayaban-e-Suhrwardy
Near C.D.A office      G-7
Islamabad
Pakistan

**Major Sameer Ali**
I.S.I.D.  Inter Services Intelligence
Khayaban-e-Suhrwardy
Near C.D.A office      G-7
Islamabad
Pakistan

*See* Exhibit 4.

11. The United States Postal Service assigns a tracking number to each GXG package. Federal Express (FedEx) provides delivery services in Pakistan for Global Express Guaranteed and uses the U.S. Postal Service number as a reference number. FedEx also assigns its own

3

proprietary tracking number to the packages it is delivering on behalf of USPS. Both the USPS and the FedEx numbers are listed on the FedEx Detailed Results delivery notice. On November 29, 2014 the five packages addressed to the following defendants were signed for upon delivery.

| | |
|---|---|
| Azam Cheema | -- FedEx Tracking #8983 0843 2327<br>USPS # 8308432322 |
| Mohamed Hafiz Saeed | -- FedEx Tracking #8982 9255 2134<br>USPS # 8292552133 |
| Jamaat-ud-Dawa | -- FedEx Tracking #8982 9255 2123<br>USPS # 8292552122 |
| Sajid Majid | -- FedEx Tracking #8982 9255 2145<br>USPS # 8292552144 |
| Zaki ur Rehman Lakhvi | -- FedEx Tracking #8982 9255 2112<br>USPS # 8292552111 |

*See* Exhibit 5.

As of December 17, 2014, the two packages addressed to the following defendants remained in transit.

| | |
|---|---|
| Major Iqbal | -- FedEx Tracking #8982 9255 2156<br>USPS# 8292552155 |
| Major Sameer Ali | -- FedEx Tracking #8982 9255 2167<br>USPS# 8292552166 |

*See* Exhibit 6.

12. For the five defendants Azam Cheema, Mohamed Hafiz Saeed, Jamaat-ud-Dawa, Sajid Majid, and Zaki Ur Rehman Lakhvi, service of process was performed in accordance with the Hague Convention, which for purposes of 28 U.S.C. §Section 1608 is an applicable international convention on service of judicial documentation.

RESPECTFULLY SUBMITTED this 17th day of December, 2014.

_____
ANDREW J. MALONEY

Sworn to before me this
17th day of December, 2014.

_____
Notary Public

EUGENIE L. MASTERSON
Notary Public, State of New York
No. 30-4719641
Qualified in Nassau County
Term Expires October 31, 20 18

RESPECTFULLY SUBMITTED this 17th day of December, 2014.

_____
ANDREW J. MALONEY

Sworn to before me this
17th day of December, 2014.

_____
Notary Public

EUGENIE L. MASTERSON
Notary Public, State of New York
No. 30-4719641
Qualified in Nassau County
Term Expires October 31, 20 18